# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DIVISION OF OHIO
## EASTERN DIVISION

In Re:  Charles W Ogilbee  
       Marie A Ogilbee  
       219 Sycamore Rd  
       Hebron, OH 43025  
       SSN  xxx-xx-7983  
       SSN  xx-xx-0079  

Case No.: 06-52767

Chapter 13

Judge: John E Hoffman Jr

## NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to 11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry Fund.

Dated: October 1, 2010

/s/ Frank M. Pees  
Frank M. Pees  
Chapter 13 Trustee

| **Name and Address** | **Amount** |
|---|---|
| ALLTEL<br>1 ALLIED DR B5 F3<br>LITTLE ROCK, AR 72202 | $16.17 |